Stephanie Harris

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
2016 AUG 12 AM 10:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

| United States of America  PLAINTIFF(S) | CASE NUMBER ED16-0346M |
|---|---|
| v. | |
| Nicholas Evans  DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Indictment__
in the __Northern__ District of __Georgia__ on __May 3, 2016__
at __1__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title __21__ U.S.C., Section(s) __846 and 841__
to wit: __Conspiracy to possess with the intent to distribute Methamphetamine__

A warrant for defendant's arrest was issued by: __James N. Hatten__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __8/12/16__, by
_____, Deputy Clerk.

__[signature]__                             __Michael K. Brown__
Signature of Agent                          Print Name of Agent

__FBI__                                     __Special Agent__
Agency                                      Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT