**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT
RIVERSIDE
BY

2016 AUG 12  AM 10: 00

UNITED STATES OF AMERICA

V.                                    **PLAINTIFF**

CASE NUMBER

**ED16-0346M**

Nicholas Evans                        **DEFENDANT**

**REPORT COMMENCING CRIMINAL
ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: _8/11/16_____ 9ᵃ ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   _21 USC    846 & 841_____

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: _1998_

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _Elizabeth Gutierrez_

10. Remarks (if any): _____

11. Name: _Mike Brown_____ (please print)

12. Office Phone Number: _310-405-5668_     13. Agency: _FBI_____

14. Signature: _[signature]_____     15. Date: _8/12/16_____

CR-64 (2/14)                **REPORT COMMENCING CRIMINAL ACTION**